IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FORD | : | Civil Action |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | No. 02-2814 |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Enter my appearance for Defendants, City of Philadelphia, John Timoney, Commissioner of Police, Detective James Burns, #805, Detective Blunt, #778, and Detective John McGrody, #846, in the above captioned matter.

                              NELSON A. DIAZ
                              CITY SOLICITOR

                              CARLTON L. JOHNSON
                              CHIEF DEPUTY CITY SOLICITOR


BY: _____
                              ROBIN B. ARNOLD
                              DEPUTY CITY SOLICITOR
                              City of Philadelphia Law Dept.
                              1515 Arch St., 14th Floor
                              Philadelphia, PA 19102