IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS FORD** | : | Civil Action |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | No. 02-2814 |

**PRAECIPE TO WITHDRAW DEFENDANTS' SEPTEMBER 10, 2002 MOTION TO DISMISS COUNT II OF THE PLAINTIFF'S COMPLAINT**

TO THE CLERK OF THE COURT:

Defendants, by and through the undersigned counsel, hereby withdraw the Motion to Dismiss Plaintiff's Complaint, said Motion having been filed on September 10, 2002. The reason for withdrawing this Motion is that, subsequent to filing said Motion, Plaintiff filed an Amended Complaint on or about September 25, 2002. Defendants subsequently filed a Motion to Dismiss the Plaintiff's Amended Complaint on or about October 15, 2002, which is currently pending.

_____
Robin B. Arnold
Deputy City Solicitor
Attorney I.D. #59477
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5447
(215) 683-5347 (Fax)

Date: 4/7/03

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FORD | : | Civil Action |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | No. 02-2814 |

### CERTIFICATION OF SERVICE

Robin B. Arnold, Deputy City Solicitor, hereby certifies that service of a true and correct copy of the Defendants' Praecipe to Withdraw September 10, 2002 Motion to Dismiss Plaintiff's Complaint was made on the 7th day of April, 2003 to the following by First Class United States Mail.

Olugbenga Abiona, Esquire
Suite 580 at The Bourse
21 South 5th Street
Philadelphia, PA 19106

```
                                        _____
                                        ROBIN B. ARNOLD
                                        DEPUTY CITY SOLICITOR
                                        Attorney I.D. #59477
                                        City of Philadelphia-Law Department
                                        1515 Arch Street, 14th Floor
                                        Philadelphia, PA 19102
                                        (215) 683-5447
```

Date:  4/7/03