IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS FORD** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2814 |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |

## ORDER

**AND NOW**, this _____ day of August, 2004, having ascertained from the record in the above-captioned matter that no proceeding has been docketed therein for a period of more than **ONE (1) YEAR** as of this date, Plaintiff is notified that this action shall be dismissed pursuant to Rule 41.1(a) of the Local Rules of Civil Procedure unless he files a written application within **THIRTY (30) DAYS** from the date of this Order.  In the absence of such application or further Order by the Court, the Clerk shall, without special Order, enter upon the record "Dismissed without prejudice under Local Rule 41.1(a)," and shall, upon application by Defendants, tax costs against Plaintiff.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**